IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION



FILED
MAY 15 2024
Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 6:24-CR-58<br>Judge JDK/KNM |
| RONALDO FLORES<br>aka Theodore Wilmington | § § § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT ONE

Violation: 18 U.S.C. § 875(c)
(Interstate Communications-
Threats)

On or about April 8, 2024, within the Eastern District of Texas, defendant **Ronaldo Flores, a/k/a Theodore Wilmington,** knowingly and with the intent to make a true threat and with knowledge that the communication would be understood as a true threat, transmitted in interstate and foreign commerce, a communication containing a threat to injure the person of another, namely the Secretary of State Anthony Blinken and Secretary of Defense Lloyd Austin, specifically by posting the following:

> Death is not the end. I would rather get killed by them than continue living in a world ruled by them. I'm not afraid to die, I'm actually anxious to carry out my plan and finally hit them back. Because I may get killed, but I'm taking a few of them with me. @SecBlinken @SecDef

> The U.S. will be forever change. I only hope others know that carrying out attacks against Zionist politicians is not an act of terrorism but rather an act of patriotism. I have had enough of these Zionist. @ME_Observer @drtuthe @Timesofgaza @army21ye"

Indictment/Notice of Penalty - Page 1

I pledge my allegiance to Iran and the axis of resistance. I will carry out a grand act of allegiance that will be seen by the entire world. When it happens, it will be to honor all the martyrs who have given their life for the cause. I hope to inspire others with my operation.

In violation of 18 U.S.C. § 875(c).

## COUNT TWO

Violation: 18 U.S.C. § 844(e)
(Threat to real or personal property by means of fire or an explosive)

On or about April 8, 2024, within the Eastern District of Texas, defendant **Ronaldo Flores, a/k/a Theodore Wilmington,** through the use of the mail or other instrument of interstate or foreign commerce, willfully made a threat to unlawfully damage or destroy any building, vehicle, or other real or personal property, to wit: cellphone towers, power sources, water resources, and federal buildings, by means of fire or an explosive, in and affecting interstate or foreign commerce.

In violation of 18 U.S.C. § 844(e).

A TRUE BILL

_____
GRAND JURY FOREPERSON

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

_____        _____5/15/24_____
D. RYAN LOCKER                                         Date
Assistant United States Attorney

Indictment/Notice of Penalty - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION



FILED
MAY 1 5 2024
Clerk, U.S. District Court
Texas Eastern

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 6:24-CR-58 |
| | § | Judge JDK/KNM |
| RONALDO FLORES | § | |
| aka Theodore Wilmington | § | |

## NOTICE OF PENALTY

### COUNT ONE

| | |
|---|---|
| Violation: | 18 U.S.C. § 875(c) (Interstate Communications-Threats) |
| Penalty: | Imprisonment of not more than five years; a fine not to exceed $250,000, or both such imprisonment and fine; and a term of supervised release of not more than three years. |
| Special Assessment: | $100.00 |

### COUNT TWO

| | |
|---|---|
| Violation: | 18 U.S.C. § 844(e) (Threat to real or personal property by means of fire or an explosive) |
| Penalty: | Imprisonment of not more than 10 years; a fine not to exceed $250,000, or both such imprisonment and fine; and a term of supervised release of not more than three years. |
| Special Assessment: | $100.00 |